PERKINSCOIe

1155 Avenue of the Americas
22nd Floor
New York, NY 10036

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/2/21__

July 2, 2021

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Lawrence Young v. Wyze Labs, Inc.*,
      Case No. 1:21-cv-05123

**Defendant Wyze Labs, Inc.'s Request for Extension of Time to Respond to Complaint**

7/2/21

*[signature]*

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Dear Judge Nathan:

We represent Defendant Wyze Labs, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until August 9, 2021. The current date by which a response to the Complaint is due is July 9, 2021. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

SO ORDERED.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)

Perkins Coie LLP